IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BETTY JUNE RALSTON, | ) |
|     Plaintiff, | ) Case No. 4:21-cv-198 |
| v. | ) Circuit Court of Jackson County, |
| | ) Missouri, Case No. 2116-CV00740 |
| QUIKTRIP CORPORATION, | ) |
|     Defendant. | ) <u>JURY TRIAL DEMANDED</u> |

## <u>NOTICE OF REMOVAL</u>

TO: The Honorable Judges of the United States District Court for the Western District of Missouri; and

    Blaine E. Dickeson
    4050 Pennsylvania Ave., Suite 121
    3100 Broadway, Suite 1400
    Kansas City, MO 64111
    blaine.dickeson@dmlawusa.com
    *Attorney for Plaintiff*

PLEASE TAKE NOTICE that Defendant QuikTrip Corporation ("QT"), by and through counsel, hereby removes the above-captioned action from the Circuit Court of Jackson County, Missouri to the United States District Court for the Western District of Missouri.

Removal to this Court is proper under 28 U.S.C. §§ 1441, 1446 and 1332(a). Removal is based on the grounds that follow.

### DIVERSITY OF CITIZENSHIP

1. On January 12, 2021, the above-captioned case was commenced by Plaintiff in the Circuit Court of Jackson County, Missouri, Case No. 2116-CV00740.

2. Summons was issued to QT and service of process was effectuated. A complete copy of the State Court file is attached hereto as **Exhibit A**.

3. Plaintiff alleges she sustained personal injuries as a result of a trip and fall in a QT store parking lot on January 9, 2020. Plaintiff contends that QT knew or should have known that a hose stretched across QT's parking lot constituted a dangerous condition, and that QT failed to use ordinary care to remove or warn of the condition. (*See* Exhibit A at Petition For Damages, ¶¶ 9-15).

4. Plaintiff is a resident of the state of Missouri. (*See* Exhibit A at Petition for Damages, ¶1).

5. QT is an Oklahoma corporation with its principal place of business in Tulsa, Oklahoma.

6. Complete diversity of citizenship, therefore, exists for purposes of 28 U.S.C § 1332.

## AMOUNT IN CONTROVERSY

7. Plaintiff's Petition for Damages does not allege a monetary amount she seeks for damages, nor does it describe in any detail the injuries Plaintiff allegedly sustained.

8. QT served its First Set of Interrogatories on Plaintiff on February 17, 2021. Plaintiff answered on March 19, 2021. In response to QT's Interrogatory asking whether Plaintiff seeks more than $75,000 in this lawsuit, Plaintiff responded "Yes." (*See* Plaintiff's Answers to Defendant QT's First Set of Interrogatories at No. 1, attached hereto as **Exhibit B**).

## THIS NOTICE IS PROCEDURALLY PROPER

9. Plaintiff's March 19, 2021 discovery responses are the first time any pleading, motion, order or other paper contained information from which it may be first ascertained that the case is one which is or has become removable.

10. Accordingly, this Notice of Removal is being filed within 30 days after receipt by QT of an "other paper from which it may first be ascertained that the case is one which is or has become removable" under 28 U.S.C. §1446(b)(3). *See Phillips v. Lieffring*, 2017 WL 354289, at *1–2 (W.D. Mo. 2017) (30-day removal clock started when discovery answers, for the first time, revealed the amount in controversy exceeded $75,000); *Hesser v. Home Depot U.S.A., Inc.*, 2013 WL 1914435, at *2-3 (E.D. Mo. 2013) (where Petition is silent on damages, 30-day clock under §1441(b)(1) does not run; removal is timely within 30-days of defendant first learning amount in controversy is satisfied under §1441(b)(3)).

11. No previous Notice of Removal has been filed in or made to this Court for the relief sought herein.

12. Pursuant to 28 U.S.C. § 1446(d), QT is filing a Notice of Removal with the Court Administrator for Jackson County, Missouri, and QT will promptly serve the same upon Plaintiff's counsel.

PLEASE TAKE FURTHER NOTICE that, in the event Plaintiff seeks to remand this case or the Court considers remand, *sua sponte*, QT requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

WHEREFORE, QuikTrip Corporation prays that the above captioned case pending in the Circuit Court of Jackson County, Missouri, be removed to this federal court for further proceedings based on diversity of citizenship jurisdiction, that this court take jurisdiction herein, and for any other and further relief as this court deems just and proper.

ARMSTRONG TEASDALE LLP

By: /s/ *Brian M. Nye*
Karrie J. Clinkinbeard     MO #51413
Brian M. Nye               MO #69545
Skyler D. Davenport        MO #70017
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816.221.3420
816.221.0786 (Facsimile)
kclinkinbeard@atllp.com
bnye@atllp.com
sdavenport@atllp.com

ATTORNEYS FOR DEFENDANT QUIKTRIP CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 26, 2021, a true and accurate copy of the foregoing document was served upon the following via electronic mail:

Blaine E. Dickeson
4050 Pennsylvania Ave., Suite 121
3100 Broadway, Suite 1400
Kansas City, MO 64111
blaine.dickeson@dmlawusa.com
*Attorney for Plaintiff*

/s/ *Brian M. Nye*